UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE E NERVIK,<br><br>          Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE DEPARTMENT OF LICENSING,<br><br>          Defendant. | CASE NO. C11-5727RJB<br><br>ORDER |

This matter comes before the court on review of the file. The court has considered the file herein.

On September 12, 2011, plaintiff filed a complaint, alleging claims against numerous defendants for violation of his civil rights. Dkt. 1.

On September 14, 2011, the court issued a Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 3. In that order, the court directed that the parties file a Combined Joint Status Report and Discovery Plan not later than December 13, 2011. *Id*. The court further directed that plaintiff serve copies of the minute order on all parties

ORDER- 1

1 who appeared after the order was filed. *Id*. The court directed that plaintiff would be responsible for starting the communications needed to comply with the minute order. *Id*.

A Joint Status Report and Discovery Plan has not been filed as of this date. Accordingly, plaintiff should be required to show cause why a Joint Status Report and Discovery Plan has not been filed, as ordered by the court.

Plaintiff has not filed a Certificate of Service showing that each defendant has been served with a copy of the summons and complaint, as is required by Fed.R.Civ.P. 4(l). Plaintiff is notified that he is required to comply with the time limits for service set forth in Fed.R.Civ.P. 4(m).

Accordingly, it is hereby **ORDERED** that, not later than January 3, 2012, plaintiff shall show cause, in writing, if any he has, why a Joint Status Report and Discovery Plan has not been filed. If plaintiff fails to respond to this order, or if he otherwise fails to show cause, the court may dismiss this case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of December, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge